DEFENDANT:          KIM SMITH
CASE NUMBER: 2:03-CR-10084-005

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

20 months

CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

NOV 0 2 2004

JOHN F. CORCORAN, CLERK
BY: _A. Clark_
DEPUTY CLERK

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before_____ on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

Defendant delivered to _Air lift_
on _10-26-04_ for further transfer.

I have executed this judgment as follows:

_Pike Bryon Thompson_
U. S. Marshal          Deputy U. S. Marshal

Defendant delivered on _10-26-04_   to _FCI TR_

a _Talla FL_ , with a certified copy of this judgment.

_Jose M. Vazquez Nardea_
UNITED STATES MARSHAL

By _B. Oireo_
DEPUTY UNITED STATES MARSHAL

Defendant delivered to USMS/BOP airlift
personnel on _10-26-04_ .

_G. W. Pike_          _Jim Spano_
U. S. Marshal          Deputy U. S. Marshal