```
Court Name: District Court
Division: 100
Receipt Number: 100000797
Cashier ID: esurber
Transaction Date: 10/19/2006
Payer Name: Kim Smith
-----------------------------------
CRIMINAL DEBT
 For: Kim Smith
 Case/Party: D-VAW-2-03-CR-010084-005
 Amount:        $25.00
-----------------------------------
MONEY ORDER
 Check/Money Order Num: 10294284813
 Amt Tendered:  $25.00
-----------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00

US v. Rahem et al

For: Kim Smith
2:03CR10084-005
```